# Exhibit A



**Tri-State Paper Co.**
*149 e, church st.*
*Blackwood, NJ  08012*
*215-455-4506*
*215-455-4509*

*Statement*

*Page 1 of 1*

*6-Nov-2023*

**Customer**

CARMINE'S PIZZA NEWTOWN SQUARE
3570 WEST CHESTER PIKE

NEWTOWN SQUARE, PA  19073

| Account# | Total Due | Current |
|---|---|---|
| 1085 | $4,837.24 | $0.00 |

| 31-45 Days | 46-60 Days | 61-90 Days | 91-120 Days | 120+ Days |
|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $4,837.24 |

| Invoice | Invoice Date | Due Date | Type | Invoice Amt | Amount Due | Status | P.O. Number |
|---|---|---|---|---|---|---|---|
| 2005913 | 2-Oct-20 | **2-Oct-20** | IN | $318.16 | **$42.32** | Delinquent | |
| 2006078 | 8-Oct-20 | **8-Oct-20** | IN | $427.50 | **$427.50** | Delinquent | |
| 2006106 | 9-Oct-20 | **9-Oct-20** | IN | $24.92 | **$24.92** | Delinquent | SALES TAKE |
| 2006281 | 15-Oct-20 | **15-Oct-20** | IN | $268.41 | **$268.41** | Delinquent | |
| 2006668 | 29-Oct-20 | **29-Oct-20** | IN | $363.11 | **$363.11** | Delinquent | |
| 2006868 | 5-Nov-20 | **5-Nov-20** | IN | $368.21 | **$368.21** | Delinquent | |
| 2007057 | 12-Nov-20 | **12-Nov-20** | IN | $342.42 | **$342.42** | Delinquent | |
| 2007455 | 27-Nov-20 | **27-Nov-20** | IN | $431.78 | **$431.78** | Delinquent | |
| 2007659 | 4-Dec-20 | **4-Dec-20** | IN | $16.85 | **$16.85** | Delinquent | SALES TAKE |
| 2008388 | 31-Dec-20 | **31-Dec-20** | IN | $378.67 | **$378.67** | Delinquent | |
| 2008560 | 7-Jan-21 | **7-Jan-21** | IN | $318.82 | **$318.82** | Delinquent | |
| 2009746 | 19-Feb-21 | **19-Feb-21** | IN | $359.21 | **$359.21** | Delinquent | |
| 2012864 | 4-Jun-21 | **4-Jun-21** | IN | $350.17 | **$350.17** | Delinquent | |
| 2013127 | 11-Jun-21 | **11-Jun-21** | IN | $107.65 | **$107.65** | Delinquent | |
| 2013565 | 25-Jun-21 | **25-Jun-21** | IN | $56.20 | **$56.20** | Delinquent | SALES TAKE |
| 2014159 | 16-Jul-21 | **16-Jul-21** | IN | $34.56 | **$34.56** | Delinquent | |
| 2015192 | 19-Aug-21 | **19-Aug-21** | IN | $227.37 | **$227.37** | Delinquent | |
| 2029584 | 23-Feb-23 | **23-Feb-23** | IN | $422.39 | **$422.39** | Delinquent | |
| 2029920 | 9-Mar-23 | **9-Mar-23** | IN | $699.53 | **$296.68** | Delinquent | |