# United States Bankruptcy Court
# Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>Tri-State Paper, Inc.<br><br>       Debtor. | Case No. 23-13237-pmm<br><br>Chapter 11 |
| Tri-State Paper, Inc.<br><br>       Plaintiff,<br><br>v.<br><br>HKGG, Inc.<br><br>       Defendant. | Adversary No. 23-00074-pmm<br><br>Related to ECF No. 1-2 |

## Certificate of Service

    I, Michael A. Cibik, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of the summons and a copy of the complaint was made today, November 7, 2023, by regular, first-class United States mail, postage pre-paid, addressed to:

Christos Nikolos
HKGG, Inc.
3580 West Chester Pike
Newtown Square, PA 19073

    Under penalty of perjury, I declare that the foregoing is true and correct.

Date: November 7, 2023

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com