**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

| | |
|---|---|
| In re:<br><br>Tri-State Paper, Inc.,<br><br>　　　　　Debtor. | Case No. 23-13237-pmm<br><br>Chapter 11 |
| Tri-State Paper, Inc.,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>HKGG, Inc.,<br><br>　　　　　Defendant. | Adversary No. 23-00074-pmm |

**Plaintiff's Request for Entry of Default Against Defendant HKGG, Inc.**

To the Clerk of Court:

　　Defendant HKGG, Inc. has failed to appear, plead, or otherwise defend against Plaintiff Tri-State Paper, Inc.'s complaint for judgment for affirmative relief within the time allowed and is therefore in default as evidenced by the record and the declaration attached as Exhibit A.

　　Consequently, you must enter default against Defendant HKGG, Inc. pursuant to Fed. R. Bankr. P. 7055 and Fed. R. Civ. P. 55(a).

Date: December 8, 2023

CIBIK LAW, P.C.
*Counsel for Plaintiff*

By: /s/ Michael I. Assad
　　Michael A. Cibik (#23110)
　　Michael I. Assad (#330937)
　　E.J. Gruber (#334339)
　　1500 Walnut Street, Suite 900
　　Philadelphia, PA 19102
　　215-735-1060
　　mail@cibiklaw.com