*Form PL262* (12/23)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Tri−State Paper, Inc.<br>    Debtor(s) | ) <br> ) <br> ) | Case No. 23−13237−pmm<br>Chapter 11 |
| Tri−State Paper, Inc.<br>Plaintiff <br><br> v. <br><br> HKGG, Inc.<br>Defendant | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Adversary No. 23−00074−pmm |

## DEFAULT JUDGMENT

Before Judge Patricia M. Mayer

　　AND NOW, in accordance with Request for Entry of Default Judgment, Declaration and Certificate of Service it is

　　ORDERED that judgment by default be and the same is hereby entered in favor of Plaintiff, Tri-State Paper, Inc. and against the Defendant, HKGG, Inc. in the amount of Four Thousand Eight Hundred Thirty Seven Dollars and Twenty Four Cents ($4,837.24), plus costs in the amount of Three Hundred Fifty Dollars ($350.00), for a total of Five Thousand One Hundred Eight Seven Dollars and Twenty Four Cents ($5,187.24) sum certain.

Date: December 21, 2023

FOR THE COURT

ATTEST:

_____
Timothy B. McGrath
Clerk of Court