# United States Bankruptcy Court
# Eastern District of Pennsylvania

| | |
|---|---|
| In re: Tri-State Paper, Inc., Debtor. | Case No. 23-13237-pmm |
| Tri-State Paper, Inc., Plaintiff, | Chapter 11 |
| v. | Adversary No. 23-00074-pmm |
| HKGG, Inc., Defendant. | |

## PRAECIPE FOR WRIT OF EXECUTION

To the Clerk of Court:

PLEASE ISSUE WRIT OF EXECUTION in the above matter, directed to the United States Marshal for the Eastern District of Pennsylvania, and against HKGG, INC., defendant, and WELLS FARGO BANK, N.A., garnishee, in the form attached with respect to the judgment dated December 21, 2023 (ECF No. 12).

| | | |
|---|---|---|
| | Amount Due | $5,187.24 |
| Interest From | 12/21/2023 | $103.44 |

Date: April 13, 2024

CIBIK LAW, P.C.
*Attorney for Plaintiff*

By: /s/ Michael I. Assad

Michael I. Assad (#330937)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
help@cibiklaw.com